Ellen Pitcher, OSB # 814454
Attorney at Law
0324 SW Abernethy Street
Portland, Oregon  97239
(971) 717-6579 Telephone
(503) 274-8384 Facsimile
ellenpitcherlaw@yahoo.com
Attorney for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 3:16-CR-328-HZ |
| v. | |
| BROOKE K. PHILLIPS, | STATUS REPORT |
| Defendant | |

_____

Ellen C. Pitcher, counsel for defendant Brooke K. Phillips, hereby submits a Status

Report in accordance with the Court's Minute Order dated August 25, 2016.  Current

counsel was appointed on August 22, 2016, due to previous counsel Ramon Pagan

leaving private practice after his appointment to the Washington County Circuit Court

bench (ER 42).

At this time, the parties are engaged in plea negotiations, and anticipate that Ms. Phillips will be entering a guilty plea, consistent with her Rule 20 Transfer to the District of Oregon on August 18, 2016 (ER 40).  An additional 60 days is necessary, given that two jurisdictions (District of Oregon and District of the Mariana Islands) are involved in the process, in order to finalize the negotations.

Defense counsel has discussed the contents of this Status Report with District of Oregon Assistant United States Attorney Thomas Ratcliffe, and he concurs in the status of this case.

Dated September 12, 2016.


/s/ Ellen Pitcher
ELLEN C. PITCHER
Attorney at Law